IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24789 |
| KEVIN DAVID TOLEJKO, | : | Chapter 13 |
| Debtor, | : | |
| | : | |
| KEVIN DAVID TOLEJKO, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| PENNYMAC LOAN SERVICES, LLC, | : | |
| Respondent. | : | |

# LOSS MITIGATION STATUS REPORT

**This Loss Mitigation Status Report** are submitted pursuant to W.PA.LBR9020-4(e)

Part 1. Loss Mitigation Status

    A.    The Loss Mitigation process was commenced by a Loss Mitigation Order dated 02-26-2020 (the"LMO"), entered at document number 31, in the above-captioned case.

    B.    The Debtor is in the midst of filling out the modification packet to submit to the mortgage company.

Part 2. Loss Mitigation Period

    A.    The Loss Mitigation Period is scheduled to terminate on 06-25-2020 Pursuant to the LMO.


Date: 04/27/2020                                    Signed: /s/Joseph P. Nigro, Esquire

Joseph P. Nigro, Esquire
Name of Attorney - Typed
1330 Old Freeeport Road, Suite 3BF, Pittsburgh, PA 15238
Postal Address of Attorney
nigroj@verizon.net
Email Address of Attorney
412-471-8118
Phone Number of Attorney
PA 47810
Attorney's Bar I.D. and State of Admission