# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin David Tolejko | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 19-24789 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                       Respectfully submitted,

                       **/s/James C. Warmbrodt, Esquire**
                       James C. Warmbrodt, Esquire
                       Attorney I.D. No. 42524
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       412-430-3594
                       jwarmbrodt@kmllawgroup.com