**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–24789–CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kevin David Tolejko
   107 Jodi Road
   Beaver, PA 15009

Social Security No.:
   xxx–xx–3137

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Joseph Peter Nigro<br>Nigro & Associates, LLC<br>Fox Chapel Office Center, Suite 3BF<br>1330 Old Freeport Road<br>Pittsburgh, PA 15238<br>Telephone number: 412–471–8118 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 17, 2020<br>01:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>August 17, 2020<br>01:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/14/20

BY THE COURT

Carlota M. Bohm
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 19-24789-CMB
Kevin David Tolejko                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                  Page 1 of 2          Date Rcvd: Jul 14, 2020
                              Form ID: rsc13              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db             +Kevin David Tolejko,    107 Jodi Road,    Beaver, PA 15009-9521
15171210      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
15183982       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15171212       +Barclays Bank,    PO Box 8803,   Wilmington, DE 19899-8803
15171213       +Best Buy,    PO Box 30253,   Salt Lake City, UT 84130-0253
15171216        Citi Card,    PO Box 9001037,   Louisville, KY 40290-1037
15171219       +Ford Motor Credit,    PO Box 650575,   Dallas, TX 75265-0575
15203531       +PENNYMAC LOAN SERVICES, LLC,     P.O. BOX 2410,   MOORPARK CA 93020-2410
15171223       +PNC Bank,    PO Box 3180,   Pittsburgh, PA 15230-3180
15171222       +Pennymac Loan Services, LLC,     3043 Townsgate Road,   Suite 200,
                 Westlake Village, CA 91361-3027
15185694       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2020 04:51:39      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:02:22
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15232736        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 15 2020 04:51:08      Citizens Bank N.A.,
                 One Citizens Bank Way Mailstop JCA115,    Johnston RI 02919
15171214       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 05:03:03      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15183332        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 05:02:18
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
15171215       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:51      Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
15171218       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 15 2020 05:03:54      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15199489       +E-mail/Text: kburkley@bernsteinlaw.com Jul 15 2020 04:52:14      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15171220       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:02:15      Levin,    PO Box 965036,
                 Orlando, FL 32896-5036
15199584       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2020 04:51:43      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15171221       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:53      Networks,    PO Box 965036,
                 Orlando, FL 32896-5036
15181806        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:02:22
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15203308        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:03:57
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
15194272        E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2020 04:51:32
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
15171225       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:48      SYNCB,    PO Box 965015,
                 Orlando, FL 32896-5015
15171224       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:02:17      Sleep Number,    Po Box 965036,
                 Orlando, FL 32896-5036
15171460       +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:02:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15193416      ++E-mail/Text: bankruptcy@huntington.com Jul 15 2020 04:51:42      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
15197021        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2020 05:04:00      Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX   77210-4457
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15171211*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
15171217*       Citi Card,    PO Box 9001037,   Louisville, KY 40290-1037
                                                                                    TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dpas              Page 2 of 2              Date Rcvd: Jul 14, 2020
                              Form ID: rsc13          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Joseph Peter Nigro    on behalf of Debtor Kevin David Tolejko nigroj@verizon.net,
           chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
                                                                                             TOTAL: 7
```