*FILING FEE PAID*  Yes  No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Tolejko, Kevin_____ JAD/TPA/**CMB**/GLT

Case Number: __19-24789__

Date of Meeting: __8__/__17__/__20__   Recording # _____
Debtor(s) present _✓_ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) __NiGRO, Joseph__ (Present _✓_ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Erik Bohin  US Postal Inspector

make sure RJW gets →

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD   _____ Order to Show Cause Requested
                          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
   _✓_ 341 Meeting  OR _____ Conciliation Conf. OR ___ *Contested Hearing
   On __9-21-20__ at __10__ am/pm Location __Zoom__

Chapter 13 Trustee/Attorney for Trustee