3:36
◀ Outlook

🔒 customers.pennymacusa.com ↻



P.O. Box 514387
Los Angeles, CA 90051-4387

**Notice Date:** August 21, 2020

**Loan Number:** 8000680468
**Property Address:**
107 JODI DR
BEAVER PA 15009

▲ 000138    415
KEVIN TOLEJKO
107 JODI DR
BEAVER PA 15009-9521

### ABOUT YOUR LOAN

**You have been approved for a Forbearance plan.** We know these are challenging times, so in order to provide you with short-term payment relief, we have accepted your forbearance request and your plan is now active.

### WHAT THIS MEANS

This letter is to confirm your request for a forbearance plan and to provide you with additional details. A forbearance provides temporary relief by reducing or suspending your regular monthly payments for a brief period of time, depending on your individual situation. We are required to treat your forbearance plan request as an incomplete application for payment assistance, so as you approach the end of your forbearance period, we will work with you to find the best program available to you to repay those missed payments. The full amount of unpaid payments will not have to be paid immediately in a lump sum if you are unable to do so. The programs available to you after your forbearance plan ends will depend on the requirements of the owner or insurer of your loan and what you are able to afford. We will provide you with detailed instructions at that time on how to complete your application to help you get your loan back to a current status. We strongly encourage you to stay in contact with us during the forbearance plan.

If you currently have Autopay (ACH) set up with PennyMac, it will be cancelled during the term of the forbearance. If you're able to make full or partial payments during the plan period, we encourage you to do so as it will reduce the amount you will owe at a later time. At the end of your forbearance plan, we will work with you to manage your ACH re-enrollment if necessary or you can re-enroll in ACH online at www.PennyMacUSA.com once the forbearance plan is complete.

Your loan is currently due for the September 01, 2018 payment. The forbearance plan is effective immediately and will end on October 31, 2020. There is no enrollment fee for this forbearance plan and late charges will be waived during the forbearance plan period.

If you are unable to resume making payments at the end of the forbearance plan period, you may request an extension of the plan period for an additional 90 days. You also may request to shorten your plan if you are ready to resume making payments.

| Toll-Free: (866) 545-9070 | Website: www.PennyMacUSA.com | Payments: | Correspondence: |
|---|---|---|---|
| M – F 6:00 AM - 6:00 PM PT<br>SAT 7:00 AM - 11:00 AM PT<br>Toll-Free Fax: (866) 577-7205 | Secure Messaging Online:<br>Create an account and/or log in to<br>http://www.PennyMacUSA.com,<br>then look for the Secured Message<br>Center to communicate with us securely. | Standard Address:<br>P.O. Box 30597<br>Los Angeles, CA 90030-0597<br>Overnight Address:<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>(Please do not send correspondence) | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>(Please do not send payments) |

Page : 1 of 3    COVID-19 Plan Letter - 415    162883282

3:36
◀ Outlook



🔒 customers.pennymacusa.com

If you are unable to resume making payments at the end of the forbearance plan period, you may request an extension of the plan period for an additional 90 days. You also may request to shorten your plan if you are ~~~~ aking payments.

**2 of 3**

| Toll-Free: (866) 545-9070 | Website: www.PennyMacUSA.com | Payments: | Correspondence: |
|---|---|---|---|
| M – F  6:00 AM - 6:00 PM PT<br>SAT 7:00 AM - 11:00 AM PT<br>Toll-Free Fax: (866) 577-7205 | Secure Messaging Online:<br>Create an account and/or log in to http://www.PennyMacUSA.com, then look for the Secured Message Center to communicate with us securely. | Standard Address:<br>P.O. Box 30597<br>Los Angeles, CA 90030-0597<br>Overnight Address:<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>(Please do not send correspondence) | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>(Please do not send payments) |

Page : 1 of 3                COVID-19 Plan Letter - 415                162883282



Once your plan is complete, you will be required to bring your loan current, either by repaying your missed payments or by entering into a workout program (see below). You also may pay off the loan in full. It is important for you to stay in contact with us so we can work with you to determine the best option for your individual circumstances when your plan ends. If your plan ends without contacting us and you do not bring your loan current, your loan may be placed into foreclosure.

Depending on the investor or insurer of your loan and whether you qualify*, some workout programs that may be available to you for making up the missed payments over time include:

**Repayment Plan** – Bringing your loan current by repaying the missed payments gradually while you are paying your regular payment.

**Modification** – Repaying the past due payments through a modification of your loan, to bring your loan current. This may include an extension of your loan term to 30 years (360 months) or 40 years (480 months) and/or a change in your interest rate. It may also require that the past due interest is added to your existing principal balance.

**Deferred Payments** – Adding your missed payments during your forbearance plan to the end of your loan, either in a deferred balance payable when the loan pays off, is refinanced or reaches its maturity date OR by extending the end date of your mortgage by the number of monthly payments missed. You may be required to execute a new note and subordinate lien against your property for this amount.

**Extension of Forbearance** – If you need additional time before resuming your mortgage payments, you may request an extension of your forbearance plan for another 90 days based on your continued COVID-19 hardship up to a maximum forbearance period of 360 days. Once your hardship has been resolved, we will review the options outlined above with you and develop a plan according to your individual circumstances.

* Please be aware that PennyMac may need specific information from you depending on your individual circumstances and the investor or insurer of your loans to determine qualification for these programs. Please be prepared to provide supporting evidence of your hardship that may include, but is not limited to verification of employment.

**Credit Reporting:** Under the federal CARES Act, PennyMac is required to report your loan as current under a forbearance plan if your loan was current as of January 31st, and we must report your loan as delinquent on a forbearance plan if your loan was past due as of January 31st. If you bring your account current before or during your forbearance plan, we will then report your account as current on the plan. If you previously filed for bankruptcy and received a discharge, your credit reporting will not change and will continue to be suppressed.

**ACTION REQUIRED**

There is no action required from you at this time. However, if your circumstances change and you no longer require forbearance assistance, please contact us as soon possible so we can cancel your plan and discuss programs available to help you repay your missed payments.

You can also find HUD certified approved housing counseling agencies in your area, who can communicate with you in English and other languages, by calling the US Department of Housing and Urban Development at 800-569-4287 or visit www.hud.gov/counseling.

**QUESTIONS? CONTACT US**

Please feel free to contact me directly between the hours of 7:30 AM - 4:30 PM CT, Monday through Friday with