# PROCEEDING MEMO

**Date: 09/09/2020 10:00 am**

**In re:    Kevin David Tolejko**

**Bankruptcy No. 19-24789-CMB**
**Chapter: 13**
**Doc. # 47**

**Appearances:  BY PHONE: Winnecour/**
**James C. Warmbrodt;  Joseph P. Nigro**

**Nature of Proceeding: #47 Motion For Relief From The Automatic Stay and Co-Debtor Stay**

**Additional Pleadings: #51 Response by Debtor**

**Judge's Notes:**
Warmbrodt:
-delinquency from January 2020-August 2020
-no equity in the property
-forebearance doesn't apply to months before August

Trustee:
-requesting dismissal without prejudice on account of roughly $25,000 in delinquency

Nigro:
-the debtor makes enough in terms of wages to fund this plan, we are in the process of filing an amended plan by 9/15/20 to address the $25,000 delinquency
-we request extension to 9/15 to file an amended plan, and retain scheduled 9/21 creditors' meeting and also make it a conciliation conference to address the amended plan
-requesting motion for relief be denied or extended beyond date of amended plan

Court:
-motion for relief continued to 10/28/20 at 10:00, court will consider granting relief at that time unless payment has been made
-court expects payments to be made now and in october

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/9/20 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 19-24789-CMB    Doc 52    Filed 09/09/20    Entered 09/09/20 16:09:46    Desc Main
Document      Page 2 of 2