## PROCEEDING MEMO

**Date: 09/09/2020 10:00 am**

**In re:    Kevin David Tolejko**

                                   **Bankruptcy No. 19-24789-CMB**
                                   **Chapter: 13**
                                   **Doc. # 47**

**Appearances:  BY PHONE:  Winnecour/**
                              **James C. Warmbrodt;  Joseph P. Nigro**

**Nature of Proceeding: #47 Motion For Relief From The Automatic Stay and Co-Debtor Stay**

**Additional Pleadings: #51 Response by Debtor**

**Judge's Notes:**
Warmbrodt:
-delinquency  from January 2020-August 2020
-no equity in the property
-forebearance doesn't apply to months before August

Trustee:
-requesting dismissal without prejudice on account of roughly $25,000 in delinquency

Nigro:
-the debtor makes enough in terms of wages to fund this plan, we are in the process of filing an amended plan by 9/15/20  to address the $25,000  delinquency
-we request extension to 9/15 to file an amended plan, and retain scheduled 9/21 creditors' meeting and also make it a conciliation conference to address the amended plan
-requesting motion for relief be denied or extended beyond date of amended plan

Court:
-motion for relief continued to 10/28/20 at 10:00, court will consider granting relief at that time unless payment has been made
-court expects payments to be made now and in october

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/9/20 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kevin David Tolejko  
    Debtor

Case No. 19-24789-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Sep 09, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.  
db          +Kevin David Tolejko,    107 Jodi Road,    Beaver, PA 15009-9521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        Joseph Peter Nigro    on behalf of Debtor Kevin David Tolejko nigroj@verizon.net,  
         chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Thomas Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com  
                                                                                                                 TOTAL: 7