# PROCEEDING MEMO

**Date: 10/28/2020 10:00 am**

**In re:   Kevin David Tolejko**

**Bankruptcy No. 19-24789-CMB**
**Chapter: 13**
**Doc. # 47**

**Appearances:  BY PHONE:  Owen Katz**
                            **Joseph P. Nigro**

**Nature of Proceeding: #47 Continued Hearing Re: Motion For Relief From The Automatic Stay and Co-Debtor Stay**

**Additional Pleadings: #51 Response by Debtor**
                    #52 Proceeding Memo from Telephonic Hearing Held 09/09/2020 - Continued to: 10/28/2020 at 10:00 a.m. - Court will consider granting relief at that time unless payment has been made.  Court expects payments to be made now and in October.

**Judge's Notes:**
  - No one present for creditor on motion.
  - Katz: Interim Confirmation order reset arrears. There were many months without payment but appears back on track.
  - Nigro: Debtor did make payments and wage attachment done.
  OUTCOME: Motion denied without prejudice; order entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/28/20 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA