## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy 19-24789 |
| **KEVIN DAVID TOLEJKO,** | |
| Debtor. | Chapter 13 |
| **PENNYMAC LOAN SERVICES LLC,** | Related to: Document No. 47 |
| Movant, | |
| v. | |
| **KEVIN DAVID TOLEJKO,** | |
| Respondent. | |
| **JANESSA R. LEITH** <br> **RONDA J. WINNECOUR, TRUSTEE** | |
| Additional Respondents | |

### ORDER TO DENY MOTION FOR RELIEF OF
### AUTOMATIC STAY & CO-DEBTOR STAY

**AND NOW** on this __28th__ day of __October__, 2020, upon consideration of

the Debtor's Response to the Movant's Motion for Relief from the Automatic Stay, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Movant's Motion is denied.

_Carlota M. Böhm_ glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/28/20 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA