20-0425

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kevin David Tolejko<br><br>    Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 19-24789 CMB |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC in the above captioned matter. At this time, this entry is being filed for monitoring purposes only as this firm was handling the foreclosure matter at the time the bankruptcy was filed.

    POWERS KIRN, LLC

    By: **/s/ Jill Manuel-Coughlin, Esquire**
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090
    Dated: October 28, 2020