IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 19-24789 |
| ) | |
| **KEVIN DAVID TOLEJKO,** ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | Related to: Document No. 65 |
| ) | |
| **KEVIN DAVID TOLEJKO,** ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| **RONDA J. WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE AND** ) | |
| **PENNYMAC LOAN SERVICE,** ) | |
| ) | |
| Respondents. ) | |

ORDER OF COURT

A Loss Mitigation Order dated July 9, 2020 was entered in the above matter at Document Number 43. On November 12, 2020 a **Motion to Extend the Loss Mitigation Period** was filed by Movan, Kevin David Tolejko at Docket Number 65.

**AND NOW**, this __4th__ day of __December__, 20 __20__, it is hereby **ORDERED, ADJUDGED and DECREED** that the Loss Mitigation Period is extended up to and including __January 29__, 20 __21__.

_Carlota M. Böhm_
Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
12/4/20 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 19-24789-CMB

Kevin David Tolejko                                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                        User: gamr                                            Page 1 of 2

Date Rcvd: Dec 04, 2020                                   Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

**Recip ID**                **Recipient Name and Address**
db                        + Kevin David Tolejko, 107 Jodi Road, Beaver, PA 15009-9521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020                                Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

**Name**                             **Email Address**

Brian Nicholas
                                      on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jill Manuel-Coughlin
                                      on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Joseph Peter Nigro
                                      on behalf of Debtor Kevin David Tolejko nigroj@verizon.net
                                      chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Keri P. Ebeck
                                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song

    on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com

TOTAL: 8