# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: KEVIN DAVID TOLEJKO
- Case Number: 19-24789-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 02:00 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#54 Amended Chapter 13 Plan Dated 09/15/2020 (NFC)
+Objections By: Pennymac Loan Services LLC
R / M #: 54 / 0

*[handwritten: Nigro (No show)  mp pading]*

**Appearances:**

- Debtor:
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/25/21 at 2:00 pm
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

FILED
12/18/20 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020  11:14:39AM