# Loss Mitigation Final Report

| | | | |
|---|---|---|---|
| **Debtors:** | Kevin Tolejko | **Case No:** | 19-24789 |
| **Loan No:** | ******0468 | **Judge**: | Judge Bohm |
| **Debtor Attorney:** | Joseph Nigro | **Ch:** | 13 |

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **11/12/2020**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **11/12/2020**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **02/06/2020** at docket no. **24**
The Creditor Name on the Request is **PennyMac Loan Services**
The Creditor Name as registered on the Portal is **Pennymac Loan Services**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed
    Order filed on **02/26/2020** at docket no. **31**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 1

**Status Report 1**
The Status Report was filed on **04/27/2020** at docket no. **39**

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

# Deadline Extensions

**Deadline Extensions Filed:** 3

### Extension 1
The request was made by way of **Separate Motion**
The request for extension was made by **Joseph P. Nigro, Esquire** on behalf of the **Debtor**
The request was filed on **06/25/2020** at docket no. **42**
Reason: Debtor and Creditor Negotiations
**Judge Bohm Granted** the extension request on **07/09/2020** at docket no. **43**
  Deadlines Extended:
    9/15/2020 - 68 days

### Extension 2
The request was made by way of **Separate Motion**
The request for extension was made by **Joseph P. Nigro, Esquire** on behalf of the **Debtor**
The request was filed on **09/15/2020** at docket no. **55**
Reason: Debtor and Creditor Negotiations
**Judge Bohm Granted** the extension request on **09/25/2020** at docket no. **59**
  Deadlines Extended:
    11/16/2020 - 52 days

### Extension 3
The request was made by way of **Separate Motion**
The request for extension was made by **Joseph P. Nigro, Esquire** on behalf of the **Debtor**
The request was filed on **11/12/2020** at docket no. **65**
Reason: Debtor and Creditor Negotiations
**Judge Bohm Granted** the extension request on **12/04/2020** at docket no. **67**
  Deadlines Extended:
    1/29/2021 - 56 days

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

# Results

**Trial Loan Modification:**

  There **was not** a Trial Loan Modification
  An Interim Mortgage Modification Order **was not** issued

**Outcome:**

The outcome of the LMP was **Modification Denied**
Details and Terms:

**I have reviewed the details set forth above. I, Joseph Nigro, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Joseph Nigro
Attorney ID# 47810
Email Address: nigroassociateslaw@gmail.com
1330 Old Freeport Road, St 3BF
(412) 471-8118
Attorney for: Kevin Tolejko


Date Report Completed: 02/25/2021