IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-24789-CMB |
| Kevin David Tolejko ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. _____ |
| ) | Related to Document No. 58 |

CONSENT ORDER MODIFYING SEPTEMBER 23, 2020 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated September 23, 2020, it is

ORDERED that Part "1.A." be amended to add the following: For the remainder of the Plan term, the periodic Plan payment is amended to be $3,370.00 beginning March 2021.

The September 23, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlotta M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

/s/ Joseph Peter Nigro
Joseph Peter Nigro, Esquire (PA I.D. #47810)
Attorney for debtor
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
1330 Old Freeport Road
Pittsburgh, PA 15238
412-471-8118
nigroassociateslaw@gmail.com