**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-24789-CMB |
| Kevin David Tolejko ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. 74 |
| ) | Related to Document No. 58 |

**CONSENT ORDER MODIFYING SEPTEMBER 23, 2020 ORDER**

AND NOW, this __3rd__ day of __March__, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated September 23, 2020, it is

ORDERED that Part "1.A." be amended to add the following: For the remainder of the Plan term, the periodic Plan payment is amended to be $3,370.00 beginning March 2021.

The September 23, 2020 order otherwise remains in full force and effect.

BY THE COURT:

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/3/21 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

/s/ Joseph Peter Nigro
Joseph Peter Nigro, Esquire (PA I.D. #47810)
Attorney for debtor
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
1330 Old Freeport Road
Pittsburgh, PA 15238
412-471-8118
nigroassociateslaw@gmail.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24789-CMB

Kevin David Tolejko     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Mar 03, 2021     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin David Tolejko, 107 Jodi Road, Beaver, PA 15009-9521 |
| 15171210 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15183982 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171212 | + | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 15171213 | + | Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15171219 | + | Ford Motor Credit, PO Box 650575, Dallas, TX 75265-0575 |
| 15203531 | + | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15171222 | + | Pennymac Loan Services, LLC, P.O. Box 2410, Moor Park, CA 93020-2410 |
| 15185694 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 01:48:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232736 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2021 00:11:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston RI 02919 |
| 15171214 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 01:48:35 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183332 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 01:44:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171215 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 01:48:34 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15171216 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 01:47:02 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 15171218 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 01:45:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15199489 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2021 00:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15171220 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 01:48:34 | Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15199584 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2021 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15171221 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 01:48:34 | Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 15171223 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2021 00:11:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |

Case 19-24789-CMB   Doc 79   Filed 03/05/21   Entered 03/06/21 00:40:10   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 15181806 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 04 2021 01:46:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15203308 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 04 2021 01:44:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15194272 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 04 2021 00:12:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171225 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 04 2021 01:48:34 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 15171224 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 04 2021 01:48:34 | Sleep Number, Po Box 965036, Orlando, FL 32896-5036 |
| 15171460 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 04 2021 01:48:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193416 | + Email/Text: bankruptcy@huntington.com | | |
| | | Mar 04 2021 00:12:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15197021 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Mar 04 2021 01:45:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15171211 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15171217 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 29 |

Joseph Peter Nigro
    on behalf of Debtor Kevin David Tolejko nigroassociateslaw@gmail.com
    chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com


TOTAL: 8