**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:    13
Case No:    1924789

In re:    KEVIN DAVID TOLEJKO

Account Number:  6758

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 22 filed on or about 02/21/2020 in the amount of $10,648.75 .

On this 8/12/2021.

By:    /s/ Maria Lucchesi
Maria Lucchesi, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com