**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 19-24789 |
| | ) | |
| **KEVIN DAVID TOLEJKO,** | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| _____ | ) | |
| **KEVIN DAVID TOLEJKO,** | ) | |
| | ) | re doc. 93 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ROCKWELL AUTOMATION** | ) | |
| **PAYROLL DEPARTMENT,** | ) | |
| | ) | |
| Respondent. | | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtor, having filed a Chapter 13 Bankruptcy Petition and Debtor or Trustee having moved to attach wages to fund Chapter 13 plan.

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the Debtor, KEVIN DAVID TOLEJKO , receives income from:

**ROCKWELL AUTOMATION PAYROLL DEPARTMENT
1201 S. 2ND STREET
MILWAUKEE, WI 53204**

shall deduct from that income the sum of $**1,718.00, bi-weekly**, beginning on the next pay day following the receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, Kevin David Tolejko receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums **ON A MONTHLY BASIS in the amount of $3,436.00** to:

**RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. Box 84051
CHICAGO, IL 60689**

**IT IS FURTHER ORDERED** that the above named entity shall notify the Trustee if the Debtor's, Kevin David Tolejko, income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, Kevin David Tolejko except amounts required to be withheld for taxes, social security, insurance, pension or union dues shall be paid to the Debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above named entity in this case.

**IT IS FURTHER ORDERED** that the above named entity shall not charge any fee to the Debtor for the administration of the attachment order, except as may be allowed upon application to and order of this Court.

**DATED** this \_\_\_1st\_\_\_ day of \_\_\_April\_\_\_, 2022

FILED
4/1/22 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 19-24789-CMB

Kevin David Tolejko                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                 User: auto                                                                    Page 1 of 2

Date Rcvd: Apr 01, 2022                                           Form ID: pdf900                                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

**Recip ID               Recipient Name and Address**
db                     +   Kevin David Tolejko, 107 Jodi Road, Beaver, PA 15009-9521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                                          Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Joseph Peter Nigro | on behalf of Debtor Kevin David Tolejko nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 8