IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | Bankruptcy No. 19-24789 |
| ) | |
| **KEVIN DAVID TOLEJKO,** ) | |
| ) | Chapter 13 |
| Debtors, ) | |
| ) | |
| _____ ) | |
| ) | |
| ) | |
| **KEVIN DAVID TOLEJKO,** ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| **RONDA J. WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE,** ) | |
| ) | |
| Respondent. ) | |

**<u>DECLARATION CERTIFYING THE DEBTORS EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO PAY THE NEW MORTGAGE AMOUNT</u>**

Movants, by their attorney, Joseph P. Nigro, Esquire, and Nigro and Associates, LLC, hereby files this Declaration and avers the following:

1. NewRez LLC dba Shellpoint Mortgage Servicing filed a Notice of Mortgage Payment Change for a mortgage amount change to $1,933.09.

2. Debtors Chapter 13 Plan pays NewRez LLC dba Shellpoint Mortgage Servicing $2,092.46 for the mortgage payment.

3. Therefore, since the new mortgage amount is $1,933.09 and this amount is less than the amount currently under the Plan in the amount of $2,092.46, no amendment is required to the Chapter 13 Plan.

                                                Respectfully submitted,

12/13/2022                                              /s/ Joseph P. Nigro
Date                                                    JOSEPH P. NIGRO, ESQUIRE
                                                       PA I.D. NO. 47810
                                                       Attorney for Movant
                                                       NIGRO & ASSOCIATES, LLC
                                                       1330 Old Freeport Road, Suite 3BF
                                                       Pittsburgh, PA 15238
                                                       (412) 471-8118

                                                       nigroassociateslaw@gmail.com