**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/10/2024

IN RE:

KEVIN DAVID TOLEJKO
107 JODI ROAD
BEAVER, PA 15009
XXX-XX-3137          Debtor(s)

Case No. 19-24789 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/10/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK\*\***
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA  23541

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: AMAZON/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.: 5649

---

**BERNSTEIN BURKLEY PC**
601 GRANT ST - 9TH FL
PITTSBURGH, PA  15219

Trustee Claim Number: 2   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: DUQ LITE/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**PHELAN HALLINAN DIAMOND & JONES LLP**
C/O PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE, NJ  08012-8990

Trustee Claim Number: 3   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: PENNYMAC/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**GRB LAW\*\***
C/O JEFFREY R HUNT ESQ - FOR PNG CO
525 WILLIAM PENN PLACE STE 3110
PITTSBURGH, PA  15219

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: PEOPLES/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**FORD MOTOR CREDIT COMPANY LLC(\*)**
DEPT 55953
PO BOX 55000
DETROIT, MI  48255-0953

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: STRICKEN/CONF\*489.34@0%/PL\*2B506/PL\*DK

CRED DESC: VEHICLE
ACCOUNT NO.: 9263

---

**NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**
PO BOX 10826
GREENVILLE, SC  29603-0826

Trustee Claim Number: 6   INT %: 0.00%
Court Claim Number: 23-2
CLAIM: 0.00
COMMENT: PMT/DECL\*CL23-2 GOV W/NMPC\*DK4PMT-LMT\*BGN 1/20\*AMD\*LMP DENIED\*FR PE

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 8249

---

**BANK OF AMERICA NA\*\***
PO BOX 15102
WILMINGTON, DE  19886-5102

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number: 5
CLAIM: 16,970.81
COMMENT: X2110/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1052

---

**BANK OF AMERICA NA\*\***
PO BOX 15102
WILMINGTON, DE  19886-5102

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number: 4
CLAIM: 5,191.31
COMMENT: X4771/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0005

---

**PORTFOLIO RECOVERY ASSOCIATES LLC**
PO BOX 12914
NORFOLK, VA  23541

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number: 21-2
CLAIM: 7,646.48
COMMENT: X0185/SCH\*BARCLAYS\*UPROMISE\*AMD

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1390

---

**BEST BUY CREDIT SERVICES**
PO BOX 790441
SAINT LOUIS, MO  63179

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1677

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 3 | CLAIM: 675.72 COMMENT: X7805/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4921 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 7 | CLAIM: 2,009.71 COMMENT: 7805/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4672 |
| **CARE CREDIT++** 950 FORRER BLVD KETTERING, OH 45420 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: 22 | CLAIM: 0.00 COMMENT: X0119/SCH*CITI/B-BUY*JUDGMENT/CL*CL22:$10,648.75~W/D@OC 81 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6758 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: 2 | CLAIM: 13,270.31 COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0332 |
| **CREDIT ONE BANK** POB 98872 LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 18 | CLAIM: 2,481.40 COMMENT: 9162~LEVIN FURNITURE/SYNCHRONY BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4613 |
| **NETWORKS ONLINE LLC** POB 367 GIRARD, OH 44420-0367 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1917 |
| **PNC BANK++** POB 3180 PITTSBURGH, PA 15230 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1196 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 19 | CLAIM: 3,633.00 COMMENT: 7451~SLEEP NUMBER/SYNCHRONY BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 5,384.58<br>COMMENT: HH GREGG*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6580 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,734.11<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2461 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,175.45<br>COMMENT: NT/SCH*CHECKING OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5971 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:23-2<br><br>CLAIM: 35,650.14<br>COMMENT: CL23-2GOV*24,000/PL*THRU 12/19*AMD*LMP DENIED*FR PENNYMAC-D96 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8249 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 70.60<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7441 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6214 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3931 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 129.44<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8457 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 262.94<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8749 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 95.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6043 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 262.75<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5495 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 4,218.88<br>COMMENT: NT/SCH*SYNCHRONY BANK/AMAZON*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5649 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 940.42<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,754.18<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0905 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 0.00<br>COMMENT: LMP DENIED*FR PENNYMAC-DOC 96 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0468 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI 02919 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 432.70<br>COMMENT: CL24GOV*NT PROV~SAME DEBT AS CID 5*LATE*DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9979 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |