## UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: KEVIN DAVID TOLEJKO,

        Debtor.

Case No.: 19-24789-CMB

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK, US BANKRUPTCY COURT:

Sir:

      Kindly enter our appearance on behalf of Ashley Ridge Homeowners Association, a creditor in the above-captioned matter and add our name to the mailing matrix to receive notices of all matters in this case. We hereby request copies of all further notices and Orders in accordance with the attached Declaration.

                            Respectfully submitted,

Dated: _____11/8/2024_____

/s/ Fred C. Jug, Jr.
Fred C. Jug, Jr., Esquire
Pa. I.D. #58285
Brandt, Milnes & Rea
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219
412-255-6500
Attorney for
Ashley Ridge Homeowners Association

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KEVIN DAVID TOLEJKO,

        Debtor.

Case No.: 19-24789-CMB

Chapter 13

## DECLARATION IN LIEU OF AFFIDAVIT REGARDING REQUEST TO BE ADDED TO MAILING MATRIX

I am the attorney for Ashley Ridge Homeowners Association, a Creditor in the above captioned bankruptcy case and I am authorized by the Creditor to make the accompanying request for Notices. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notice is being filed herewith as this Creditor's address listed is incorrect, and this request supercedes and cancels any prior requests for notice by the within named Creditor and there are no other requests to receive notices on behalf of this Creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of November, 2024.

Respectfully submitted,

Dated: _____11/8/2024_____

/s/ Fred C. Jug, Jr._____
Fred C. Jug, Jr., Esquire
Pa. I.D. #58285
Counsel for Ashley Ridge
Homeowners Association