## UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

KEVIN DAVID TOLEJKO )
)
) Case No. 19-24789-CMB
)
Debtor. )
)
_____ )
) Document No. _____
)
ASHLEY RIDGE HOMEOWNERS )
ASSOCIATION )
)
Movant, )
)
vs. )
)
KEVIN DAVID TOLEJKO, . )
)
Respondent )

### MOTION TO APPROVE POST-PETITION CLAIM/MOTION TO AMEND PLAN OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes the Movant, Ashley Ridge Homeowners Association (hereinafter "Ashley Ridge"), by and through their counsel, Fred C. Jug, Jr., and Brandt Milnes & Rea, P.C., who file the following Motion to Approve Post-Petition Claim/Motion to Amend Plan or in the Alternative Motion for Relief from the Automatic Stay, and in support thereof state the following;

### Background

1.      According to the bankruptcy docket, the Debtor, Kevin David Tolejko, filed a voluntary Petition for Relief under Chapter 13.

2.      The docket indicates that the sole Debtor is Kevin David Tolejko.  The docket does not indicate that Janessa R. Tolejko also filed for Bankruptcy.  The Lien which is the subject of this Motion involves property which is owned by the Debtor and Janessa R. Tolejko.

3.      Attached hereto as Exhibit "A" and incorporated by reference herein is a copy of the Beaver County Assessment records.  These records confirm that property located within the Ashley Ridge Homeowners Association is owned by Kevin D. Tolejko and Janessa R. Tolejko.

4.      The bankruptcy docket confirms that Ashley Ridge Homeowners Association has not been listed as a Creditor in this case as they were not listed on the bankruptcy schedules in 2019 nor were they provided with notice of the bankruptcy.  This appears to be because the obligation to Ashley Ridge was not delinquent when the Bankruptcy was filed.  The Debtor and Janessa Tolejko stopped making payments to Ashley Ridge after the Bankruptcy Petition was filed.

5.      Each Owner within the Association is subject to the terms and provisions of the Association governing documents and the applicable law in the Commonwealth of Pennsylvania.

6.      Pursuant to 68 Pa. C.S. §5315, the Association has a lien on the Unit if fees and assessments are not paid when they come due.  Section 5315 of the Act further provides that the lien of the Association may be foreclosed in like manner as a mortgage.  In addition, the Association is entitled to recover interest, late fees and reasonable attorney fees and costs to collect delinquent assessments.

7.      In this case, the Debtor and Janessa Tolejko are jointly liable for past due fees and assessments owed to the Ashley Ridge Homeowners Association.  The account with the Association has become delinquent and neither the Debtor or Janessa R. Tolejko have made payments on this account for several years.

8.    Attached hereto as Exhibit "B" is ledger of the account as of November 5, 2024, with a past due balance of $5,701.72.

9.    Pursuant to 68 Pa. C.S. §5315(i), payments received are first applied to any interest, then to any late fee, and then to any costs and reasonable attorney fees before they are applied to the delinquent account.

10.    Ashley Ridge is a secured Creditor of the Debtor.

11.    The lien of Ashley Ridge is increasing as a result of the Debtor and Janessa Tolejko failing to make post-petition payments as the post-petition obligations have come due.

12.    Attached hereto at Exhibit C is a copy of a Judgment which was entered for some of the past due fees.  This Judgment has not been satisfied.  Ashley Ridge has a statutory lien as established by 68 Pa. C.S. §5315 of the Planned Community Act of Pennsylvania.

13.    Cause exists under §362(d)(1) of the Code to grant Ashley Ridge relief from the automatic stay, as the debt is a post-petition obligation and no efforts have been made to satisfy the obligation.

14.    Debtor, Kevin D. Tolejko and Janessa R. Tolejko are jointly liable for this obligation as co-owners of the property.  Janessa R. Tolejko had previously indicated that a modification to the bankruptcy plan would be filed and also disputed the debt on the basis of Chapter 13 Bankruptcy Protection since the above case was filed in 2019.  At issue in this matter are post-petition obligations which have not been paid rather than pre-petition fees.  As a result, Ashley Ridge should be granted relief from stay to collect this obligation pursuant to the provisions of 68 Pa. C.S. 5315.  Alternatively, the delinquency should be resolved through an amendment to the plan.

15.     As Ashley Ridge has secured a lien on the property, the Movant, Ashley Ridge Homeowners Association, respectfully requests this Honorable Court to Order the Plan to be amended to satisfy the debt owed to Ashley Ridge.

16.     On September 10, 2024, a Notice of Intention to Pay Claims was filed with the Bankruptcy Court.  A copy of the Notice which was filed on September 10, 2024 is attached hereto as Exhibit "D."  Ashley Ridge Homeowners Association was not included on the list of Claims which were intended to be paid nor does the Notice indicate the obligation to Ashley Ridge be paid by the Plan.

17.     Attached hereto as Exhibit "E" is a letter from the Debtor and Janessa Tolejko which sets forth their position that they have been under Bankruptcy Protection "since December 2019."  Their letter also questions whether invoices were sent since 2022.  Pursuant to Section 5315 of the Act the Association has a statutory Lien if the obligation is not paid when due and the ledger attached hereto as Exhibit "B" confirm no payments have been made in 2021 or thereafter.

18.     Based on the above, the Movant, Ashley Ridge Homeowners Association, respectfully requests this Honorable Court to either Order the Plan be amended so that the obligation owed to Ashley Ridge are satisfied through the Plan Payments or in the alternative find that cause exists under §362(d)(1) of the Code to grant Ashley Ridge relief from the automatic stay.

A proposed Order is attached.

Respectfully submitted,


_/s/_Fred C. Jug, Jr._____
Fred C. Jug, Jr., Esquire
Pa. I.D. #58285
Brandt, Milnes & Rea
310 Grant Street, Suite 1109
Pittsburgh, PA 15219
412-255-6500
Attorney for Creditor,
Ashley Ridge Homeowners Association

Dated: November 12, 2024

PARID: 550550135000                                                                 ROLL: REAL
TOLEJKO,KEVIN D &                                                                   107 JODI DR

### Parcel

| | |
|---|---|
| Property Location | 107 JODI DR |
| Unit Desc | - |
| Unit # | |
| Legal Description | LOT 62 ASHLEY RIDGE PL |
| | HS GR |
| Tax District | 55 - BRIGHTON TOWNSHIP |
| School District | S03 - BEAVER |

| | |
|---|---|
| Status | 1 - TAXABLE |
| LUC | 110 - SINGLE FAMILY DWELLING-DETACHED |

| | |
|---|---|
| Topo | 2 - Above Street |
| Utilities | 1 - All Public |
| Roads | 1 - Paved |

| | |
|---|---|
| Total Cards | 1 |
| Living Units | 1 |
| Billed Acres | .29 |

### Current Owner Details

| | |
|---|---|
| Name | TOLEJKO,KEVIN D & |
| | JANESSA R |
| In Care Of | |
| Mailing Address | 107 JODI DR |
| | BEAVER PA 15009 |

| | |
|---|---|
| Deed Book | 3478 |
| Deed Page | 853 |

### Tax Mailing

| | |
|---|---|
| Mailing Name | TOLEJKO,KEVIN D & |
| Address | 107 JODI DR |
| | BEAVER PA 15009 |
| Mortgage Company | - |

### Sales

| Recorded Date | Sale Price | New Owner | Old Owner | Book | Page |
|---|---|---|---|---|---|
| 06-02-2014 | 1 | TOLEJKO,KEVIN D & | TOLEJKO,KEVIN D & | 3478 | 853 |
| 06-17-2013 | 321,690 | TOLEJKO,KEVIN D & | NVR,INC | 3449 | 977 |
| 04-11-2013 | 27,000 | NVR,INC | FIRST NATIONAL BANK OF | 3440 | 840 |
| 11-15-2010 | 27,357 | FIRST NATIONAL BANK OF | ASHLEY RIDGE DEVELOPMENT, | 3376 | 52 |
| 06-30-2005 | 505,000 | ASHLEY RIDGE DEVELOPMENT, | | 3241 | 280 |

### Values

| | |
|---|---|
| Appraised Land | 44,700 |
| Appraised Building | 365,600 |
| Appraised Total | 410,300 |

| | |
|---|---|
| Clean and Green | 0 |

| | |
|---|---|
| Taxable Land | 44,700 |
| Taxable Building | 365,600 |
| Total Taxable Value | 410,300 |

EXHIBIT

tabbies®

A

### LAND PAR

| Line # | Type | Code | CAMA SQ FT | CAMA Acres | Value |
|---|---|---|---|---|---|

| 1 | S - | 1 - PRIMARY | | 12,632 | | .2900 | $44,720 |

## Residential Characteristics

| | |
|---|---|
| Card | 1 |
| | |
| Year Built | 2013 |
| Remodeled Year | |
| | |
| Ground Floor Living Area | 1240 |
| Total Square Feet Living Area | 2,864 |
| Number of Stories | 2 |
| Grade | B- |
| CDU | AV - AVERAGE |
| Style | 08 - COLONIAL |
| | |
| Total Rooms | 8 |
| Bedrooms | 4 |
| Full Baths | 2 |
| Half Baths | 1 |
| Total Fixtures | 10 |
| Additional Fixtures | |
| Heating | 4 - CENTRAL W/ AC |
| Heating Fuel Type | 2 - GAS |
| Heating System | 2 - FORCED AIR |
| Attic Code | 1 - NONE |
| Unfinished Area | |
| Rec Room Area | |
| Finished Basement Area | |
| Fireplace Openings | |
| Fireplace Stacks | |
| Bsmt Garage (Num of Cars) | |
| Condo Level | |
| Condo Type | - |
| Basement | 5 - PIER/POLE |
| Physical Condition | 3 - AVERAGE |

## Additions

| Card # | Addition # | Lower | First | Second | Third | Year Built | Area |
|---|---|---|---|---|---|---|---|
| 1 | 0 | - | - | - | - | | 1,240 |
| 1 | 1 | 13 - FR GR | 10 - 1S FR | - | - | | 320 |
| 1 | 2 | - | 13 - FR GR | 19 - AT FN | - | | 160 |
| 1 | 3 | - | 11 - OFP | - | - | | 120 |
| 1 | 4 | - | 31 - WDDCK | - | - | | 12 |



| Item | Area |
|---|---|
| Main Building | 1240 |
| FR GR/1S FR - 13/10:FRAME GARAGE/1S FRAME | 320 |
| FR GR/AT FN - 13/19:FRAME GARAGE/ATTIC-FINISHED | 160 |
| OFP - 11:OPEN FRAME PORCH | 120 |
| WDDCK - 31:WOOD DECK | 12 |



550550135000   03/13/2020

# Ashley Ridge Homeowners Association

## Homeowner Transaction History 1/1/2019 - 11/8/2024

### 291015110 - Kevin & Janessa Tolejko - 107 Jodi Drive

| Date | Description | Charge | Payment | Balance |
|------|-------------|--------|---------|---------|
| 12/31/2021 | Late Fees Initial Balance | $604.50 | - | $604.50 |
| 12/31/2021 | HOA Maintenance Fee Initial Balance | $622.50 | - | $1,227.00 |
| 12/31/2021 | Legal Fees Initial Balance | $798.50 | - | $2,025.50 |
| 1/1/2022 | HOA Maintenance Fee | $336.00 | - | $2,361.50 |
| 2/5/2022 | Late Fees | $31.13 | - | $2,392.63 |
| 3/5/2022 | Late Fees | $47.93 | - | $2,440.56 |
| 4/5/2022 | Late Fees | $47.93 | - | $2,488.49 |
| 5/5/2022 | Late Fees | $47.93 | - | $2,536.42 |
| 6/5/2022 | Late Fees | $47.93 | - | $2,584.35 |
| 7/5/2022 | Late Fees | $47.93 | - | $2,632.28 |
| 8/5/2022 | Late Fees | $47.93 | - | $2,680.21 |
| 9/5/2022 | Late Fees | $47.93 | - | $2,728.14 |
| 10/5/2022 | Late Fees | $47.93 | - | $2,776.07 |
| 11/5/2022 | Late Fees | $47.93 | - | $2,824.00 |
| 12/5/2022 | Late Fees | $47.93 | - | $2,871.93 |
| 1/1/2023 | HOA Maintenance Fee | $168.00 | - | $3,039.93 |
| 1/5/2023 | Late Fees | $56.33 | - | $3,096.26 |
| 2/5/2023 | Late Fees | $56.33 | - | $3,152.59 |
| 3/5/2023 | Late Fees | $56.33 | - | $3,208.92 |
| 4/5/2023 | Late Fees | $56.33 | - | $3,265.25 |
| 5/5/2023 | Late Fees | $56.33 | - | $3,321.58 |
| 6/5/2023 | Late Fees | $56.33 | - | $3,377.91 |
| 7/1/2023 | HOA Maintenance Fee | $168.00 | - | $3,545.91 |
| 7/5/2023 | Late Fees | $64.73 | - | $3,610.64 |
| 8/5/2023 | Late Fees | $64.73 | - | $3,675.37 |
| 9/5/2023 | Late Fees | $64.73 | - | $3,740.10 |
| 10/5/2023 | Late Fees | $64.73 | - | $3,804.83 |
| 11/5/2023 | Late Fees | $64.73 | - | $3,869.56 |
| 12/5/2023 | Late Fees | $64.73 | - | $3,934.29 |
| 1/1/2024 | HOA Maintenance Fee | $168.00 | - | $4,102.29 |
| 1/5/2024 | Late Fees | $73.13 | - | $4,175.42 |
| 2/5/2024 | Late Fees | $73.13 | - | $4,248.55 |
| 3/5/2024 | Late Fees | $73.13 | - | $4,321.68 |
| 4/5/2024 | Late Fees | $73.13 | - | $4,394.81 |
| 5/5/2024 | Late Fees | $73.13 | - | $4,467.94 |
| 6/5/2024 | Late Fees | $73.13 | - | $4,541.07 |
| 7/1/2024 | HOA Maintenance Fee | $168.00 | - | $4,709.07 |
| 7/5/2024 | Late Fees | $81.53 | - | $4,790.60 |

EXHIBIT

B

# Ashley Ridge Homeowners Association

## Homeowner Transaction History 1/1/2019 - 11/8/2024

| Date | Description | Charge | Payment | Balance |
|------|-------------|--------|---------|---------|
| 8/5/2024 | Late Fees | $81.53 | - | $4,872.13 |
| 9/5/2024 | Legal Fees through 8/31/24 | $78.00 | - | $4,950.13 |
| 9/5/2024 | Late Fees | $81.53 | - | $5,031.66 |
| 10/5/2024 | Late Fees | $81.53 | - | $5,113.19 |
| 11/4/2024 | Legal Fees through 10/31/24 | $507.00 | - | $5,620.19 |
| 11/5/2024 | Late Fees | $81.53 | - | $5,701.72 |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BEAVER

# NOTICE OF JUDGMENT/TRANSCRIPT
## CIVIL CASE

| | |
|---|---|
| Mag. Dist. No: | MDJ-36-2-02 |
| MDJ Name: | Honorable John W. Armour |
| Address: | 175 Friendship Circle<br>Beaver, PA  15009 |
| Telephone: | 724-775-3380 |

Ashley Ridge Homeowners Association
v.
Kevin  Tolejko, Janessa  Tolejko

Ashley Ridge Homeowners Association
Ashley Ridge Homeowners Associates
c/o Acri Communityn Realty
290 Perry Highway
Pittsburgh, PA  15229

Docket No:    MJ-36202-CV-0000078-2021
Case Filed:   6/22/2021



EXHIBIT

C

## Disposition Summary (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-36202-CV-0000078-2021 | Ashley Ridge Homeowners Association | Janessa Tolejko | Judgment for Plaintiff | 07/26/2021 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Ashley Ridge Homeowners Association | $0.00 | $0.00 | $0.00 |
| Janessa Tolejko | $0.00 | $1,566.25 | $1,566.25 |
| Kevin Tolejko | $0.00 | $0.00 | $0.00 |

## Judgment Finding (*Post Judgment)

In the matter of Ashley Ridge Homeowners Association vs. Janessa Tolejko on MJ-36202-CV-0000078-2021, on 7/26/2021 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $1,436.50 | | $1,436.50 |
| Costs | 0.00 | $129.75 | | $129.75 |
| | | | Grand Total: | $1,566.25 |

## Comments:

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

7-26-21
Date

John W. Armour
Magisterial District Judge John W. Armour

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____
Date

_____
Magisterial District Judge

FREE INTERPRETER
www.pacourts.us/language-rights
724-770-4668

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

09/10/2024

IN RE:

| | |
|---|---|
| KEVIN DAVID TOLEJKO | Case No.19-24789 CMB |
| 107 JODI ROAD | |
| BEAVER, PA 15009 | Chapter 13 |
| XXX-XX-3137          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.



EXHIBIT

D

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which is the event that will be reached in 11/12/24g the 11/12/24 15:55:39 cast adjustment of the percentage to be paid to the unsecured creditors will occur after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/10/2024

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.:  5649 |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP** <br> C/O PMB SSS ACQUISITION <br> PO BOX 8990 <br><br> TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:3   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **GRB LAW\*\*** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:4   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(\*)** <br> DEPT 55953 <br> PO BOX 55000 <br><br> DETROIT, MI  48255-0953 | Trustee Claim Number:5   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  STRICKEN/CONF\*489.34@0%/PL\*2B506/PL\*DK | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  9263 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE** <br> PO BOX 10826 <br><br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:6   INT %:  0.00% <br> Court Claim Number:23-2 <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL\*CL23-2 GOV W/NMPC\*DK4PMT-LMT\*BGN 1/20\*AMD\*LMP DENIED\*FR PE | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  8249 |
| **BANK OF AMERICA NA\*\*** <br> PO BOX 15102 <br><br> WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  16,970.81 <br> COMMENT:  X2110/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1052 |
| **BANK OF AMERICA NA\*\*** <br> PO BOX 15102 <br><br> WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %:  0.00% <br> Court Claim Number:4 <br><br> CLAIM:  5,191.31 <br> COMMENT:  X4771/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0005 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:9   INT %:  0.00% <br> Court Claim Number:21-2 <br><br> CLAIM:  7,646.48 <br> COMMENT:  X0185/SCH\*BARCLAYS\*UPROMISE\*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1390 |
| **BEST BUY CREDIT SERVICES** <br> PO BOX 790441 <br><br> SAINT LOUIS, MO  63179 | Trustee Claim Number:10  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1677 |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 675.72<br>COMMENT: X7805/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4921 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 2,009.71<br>COMMENT: 7805/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4672 |
| **CARE CREDIT++**<br>950 FORRER BLVD<br><br>KETTERING, OH 45420 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 0.00<br>COMMENT: X0119/SCH*CITI/B-BUY*JUDGMENT/CL*CL22:$10,648.75~W/D@OC 81 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6758 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 13,270.31<br>COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0332 |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 2,481.40<br>COMMENT: 9162~LEVIN FURNITURE/SYNCHRONY BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4613 |
| **NETWORKS ONLINE LLC**<br>POB 367<br><br>GIRARD, OH 44420-0367 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1917 |
| **PNC BANK++**<br>POB 3180<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1196 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 3,633.00<br>COMMENT: 7451~SLEEP NUMBER/SYNCHRONY BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3003 |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 5,384.58<br>COMMENT: HH GREGG*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6580 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,734.11<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2461 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,175.45<br>COMMENT: NT/SCH*CHECKING OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5971 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:23-2<br><br>CLAIM: 35,650.14<br>COMMENT: CL23-2GOV*24,000/PL*THRU 12/19*AMD*LMP DENIED*FR PENNYMAC-D96 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8249 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 70.60<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7441 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6214 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3931 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 129.44<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8457 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 262.94<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8749 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:14 | ACCOUNT NO.:  6043 |
| | CLAIM:  95.00 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NT/SCH*HERITAGE VALLEY BEAVER | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:15 | ACCOUNT NO.:  5495 |
| | CLAIM:  262.75 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NT/SCH*HERITAGE VALLEY BEAVER | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:20 | ACCOUNT NO.:  5649 |
| PO BOX 2011 | | |
| | CLAIM:  4,218.88 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*SYNCHRONY BANK/AMAZON*JUDGMENT | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:16 | ACCOUNT NO.:  0001 |
| | CLAIM:  940.42 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:17 | ACCOUNT NO.:  0905 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  1,754.18 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 10826 | Court Claim Number:23 | ACCOUNT NO.:  0468 |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  LMP DENIED*FR PENNYMAC-DOC 96 | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:24 | ACCOUNT NO.:  9979 |
| | CLAIM:  432.70 | |
| JOHNSTON, RI  02919 | COMMENT:  CL24GOV*NT PROV~SAME DEBT AS CID 5*LATE*DK! | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PENNYMAC/PRAE | |

| | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TREVOSE, PA  19053 | COMMENT:  PENNYMAC/PRAE | |

Kevin & Jenessa Tolejko
107 Jodi Drive
Beaver, PA 15009
August 28, 2024


Brandt, Milnes & Rea, P.C.
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219


Dear Brandt, Milnes & Rea, P.C.:

We are writing to notify you that we dispute this debt. The last invoice that we received from Acri
Commercial Realty on behalf of the Ashley Ridge HOA was dated January 1, 2022. Since that time, we
have not received any new invoices. We require proof that invoices were sent for the disputed amount.
In addition, we have been under Chapter 13 bankruptcy protection since December 2019.

Sincerely,

Kevin & Jenessa Tolejko

**EXHIBIT**

E

**UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| KEVIN DAVID TOLEJKO | ) | Case No. 19-24789-CMB |
| | ) | |
| Debtor. | ) | |
| ———————————— | ) | Document No. _____ |
| | ) | |
| ASHLEY RIDGE HOMEOWNERS ASSOCIATION | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN DAVID TOLEJKO, . | ) | |
| | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion to Amend the Plan or in the Alternative Motion for Relief from the Automatic Stay filed by the Movant Ashley Ridge Homeowners Association and all parties in interest having notice and an opportunity to be heard, it is hereby ORDERED said MOTION is GRANTED. Debtor shall amend the Plan and the Notice of Intention to Pay Claims to include the Satisfaction of the Claim of Ashley Ridge in the amount of $5,701.72 plus HOA fees that come due. In the alternative, the Motion for Relief from Stay is GRANTED permitting Ashley Ridge Homeowners Association to enforce their legal rights and remedies in the Court of Common Pleas of Beaver County and to request the Entry of Judgment pursuant to 68 Pa. C.S. §5315.

BY THE COURT:

_____ *J.*

## CERTIFICATE OF SERVICE

I, Fred C. Jug, Jr., Esquire, hereby certify that a true and correct copy of the *MOTION TO APPROVE POST-PETITION CLAIM/MOTION TO AMEND PLAN OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY*, was served this 12th day of November, 2024, by e-mail upon the following:

Joseph Peter Nigro, Esquire
Nigro & Associates, LLC
1330 Old Freeport Road
Pittsburgh, PA  15238

Kevin & Janessa Tolejko
107 Jodi Drive
Beaver, PA  15009

Respectfully Submitted,

Brandt, Milnes & Rea, P.C.

/s/ Fred C. Jug, Jr.
Fred C. Jug, Jr., Esquire
Counsel for Plaintiff
Pa. I.D. No. 58285
310 Grant Street, Suite 1109
Pittsburgh, PA  15219
(412) 255-6500
(412) 255-6504 (fax)