Certificate Number: 17572-PAW-DE-039195744

Bankruptcy Case Number: 19-24789



17572-PAW-DE-039195744

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2024, at 1:20 o'clock PM PST, Kevin D Tolejko completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 30, 2024            By:    /s/Judy Alexander

                                     Name:  Judy Alexander

                                     Title: Counselor