## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | Bankruptcy No. 19-24789 |
| **KEVIN DAVID TOLEJKO,** | ) | |
| | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| _____ | ) | |
| **KEVIN DAVID TOLEJKO,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RONDA WINNECOUR,** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
| | ) | |
| Respondent. | | |

## **DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f))1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharge.

4. On December 30, 2024, each Debtor complied with Federal Rule of Bankruptcy Procedure 1007© by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

5. This Certification is being signed under penalty of perjury by (include whichever one of the two following statements applies): Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                                Respectfully submitted,

<u>12/30/2024</u>                                   <u>/s/ Joseph P. Nigro</u>
Date                                           JOSEPH P. NIGRO, ESQUIRE
                                              PA I.D. NO. 47810
                                              Attorney for the Debtor

                                              NIGRO & ASSOCIATES, LLC
                                              1330 Old Freeport Road, Suite 3BF
                                              Pittsburgh, PA 15238
                                              (412) 471-8118
                                              nigroassociateslaw@gmail.com