**UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| KEVIN DAVID TOLEJKO | ) | Case No. 19-24789-CMB |
| Debtor. | ) | |
| _____ | ) | Document No. _____ |
| ASHLEY RIDGE HOMEOWNERS ASSOCIATION | ) | |
| Movant, | ) | |
| vs. | ) | |
| KEVIN DAVID TOLEJKO, . | ) | |
| Respondent | ) | |

**EXHIBITS FOR THE MOTION TO APPROVE POST-PETITION CLAIM/MOTION TO AMEND PLAN OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Page datalets/datalet.aspx?mode=sketch not registered

PARID: 550550135000                                                                                              ROLL: REAL
TOLEJKO,KEVIN D &                                                                                                107 JODI DR

### Parcel

| | |
|---|---|
| Property Location | 107 JODI DR |
| Unit Desc | - |
| Unit# | |
| Legal Description | LOT 62 ASHLEY RIDGE PL HS GR |
| Tax District | 55 - BRIGHTON TOWNSHIP |
| School District | S03 - BEAVER |

| | |
|---|---|
| Status | 1 - TAXABLE |
| LUC | 110 - SINGLE FAMILY DWELLING-DETACHED |

| | |
|---|---|
| Topo | 2 - Above Street |
| Utilities | 1 - All Public |
| Roads | 1 - Paved |

| | |
|---|---|
| Total Cards | 1 |
| Living Units | 1 |
| Billed Acres | .29 |

### Current Owner Details

| | |
|---|---|
| Name | TOLEJKO,KEVIN D & JANESSA R |
| In Care Of | |
| Mailing Address | 107 JODI DR BEAVER PA 15009 |
| Deed Book | 3478 |
| Deed Page | 853 |

### Tax Mailing

| | |
|---|---|
| Mailing Name | TOLEJKO,KEVIN D & |
| Address | 107 JODI DR BEAVER PA 15009 |
| Mortgage Company | - |

### Sales

| Recorded Date | Sale Price | New Owner | Old Owner | Book | Page |
|---|---|---|---|---|---|
| 06-02-2014 | 1 | TOLEJKO,KEVIN D & | TOLEJKO,KEVIN D & | 3478 | 853 |
| 06-17-2013 | 321,690 | TOLEJKO,KEVIN D & | NVR.INC | 3449 | 977 |
| 04-11-2013 | 27,000 | NVR.INC | FIRST NATIONAL BANK OF | 3440 | 840 |
| 11-15-2010 | 27,357 | FIRST NATIONAL BANK OF | ASHLEY RIDGE DEVELOPMENT, | 3376 | 52 |
| 06-30-2005 | 505,000 | ASHLEY RIDGE DEVELOPMENT, | | 3241 | 280 |

### Values

| | |
|---|---|
| Appraised Land | 44,700 |
| Appraised Building | 365,600 |
| Appraised Total | 410,300 |
| Clean and Green | 0 |
| Taxable Land | 44,700 |
| Taxable Building | 365,600 |
| Total Taxable Value | 410,300 |

EXHIBIT a1

### LAND PAR

| Line # | Type | Code | CAMA SQ FT | CAMA Acres | Value |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | S - | 1 - PRIMARY | | 12,632 | .2900 | $44,720 |

### Residential Characteristics

| | |
|---|---|
| Card | 1 |
| Year Built | 2013 |
| Remodeled Year | |
| Ground Floor Living Area | 1240 |
| Total Square Feet Living Area | 2,864 |
| Number of Stories | 2 |
| Grade | B- |
| CDU | AV- AVERAGE |
| Style | 08 - COLONIAL |
| Total Rooms | 8 |
| Bedrooms | 4 |
| Full Baths | 2 |
| Half Baths | 1 |
| Total Fixtures | 10 |
| Additional Fixtures | |
| Heating | 4- CENTRAL W/ AC |
| Heating Fuel Type | 2 -GAS |
| Heating System | 2 - FORCED AIR |
| Attic Code | 1 -NONE |
| Unfinished Area | |
| Rec Room Area | |
| Finished Basement Area | |
| Fireplace Openings | |
| Fireplace Stacks | |
| Bsmt Garage (Num of Cars) | |
| Condo Level | |
| Condo Type | - |
| Basement | 5 - PIER/POLE |
| Physical Condition | 3 -AVERAGE |

### Additions

| Card# | Addition # | Lower | First | Second | Third | Year Built | Area |
|---|---|---|---|---|---|---|---|
| 1 | 0 | - | - | - | - | | 1,240 |
| 1 | 1 | 13 -FR GR | 10-1SFR | - | - | | 320 |
| 1 | 2 | - | 13-FRGR | 19-ATFN | - | | 160 |
| 1 | 3 | - | 11 -OFP | - | - | | 120 |
| 1 | 4 | - | 31 -WDDCK | - | - | | 12 |



| Item | Area |
|---|---|
| Main Building | 1240 |
| FR GR/1S FR - 13/10:FRAME GARAGE/1S FRAME | 320 |
| FR GR/AT FN - 13/19:FRAME GARAGE/ATTIC-FINISHED | 160 |
| OFP - 11:OPEN FRAME PORCH | 120 |
| WDDCK- 31:W00D DECK | 12 |



550550135000  03/13/2020

# Ashley Ridge Homeowners Association

## Homeowner Transaction History 1/1/2019 - 11/8/2024

**291015110 - Kevin & Janessa Tolejko - 107 Jodi Drive**

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 12/31/2021 | Late Fees Initial Balance | $604.50 | - | $604.50 |
| 12/31/2021 | HOA Maintenance Fee Initial Balance | $622.50 | - | $1,227.00 |
| 12/31/2021 | Legal Fees Initial Balance | $798.50 | - | $2,025.50 |
| 1/1/2022 | HOA Maintenance Fee | $336.00 | - | $2,361.50 |
| 2/5/2022 | Late Fees | $31.13 | - | $2,392.63 |
| 3/5/2022 | Late Fees | $47.93 | - | $2,440.56 |
| 4/5/2022 | Late Fees | $47.93 | - | $2,488.49 |
| 5/5/2022 | Late Fees | $47.93 | - | $2,536.42 |
| 6/5/2022 | Late Fees | $47.93 | - | $2,584.35 |
| 7/5/2022 | Late Fees | $47.93 | - | $2,632.28 |
| 8/5/2022 | Late Fees | $47.93 | - | $2,680.21 |
| 9/5/2022 | Late Fees | $47.93 | - | $2,728.14 |
| 10/5/2022 | Late Fees | $47.93 | - | $2,776.07 |
| 11/5/2022 | Late Fees | $47.93 | - | $2,824.00 |
| 12/5/2022 | Late Fees | $47.93 | - | $2,871.93 |
| 1/1/2023 | HOA Maintenance Fee | $168.00 | - | $3,039.93 |
| 1/5/2023 | Late Fees | $56.33 | - | $3,096.26 |
| 2/5/2023 | Late Fees | $56.33 | - | $3,152.59 |
| 3/5/2023 | Late Fees | $56.33 | - | $3,208.92 |
| 4/5/2023 | Late Fees | $56.33 | - | $3,265.25 |
| 5/5/2023 | Late Fees | $56.33 | - | $3,321.58 |
| 6/5/2023 | Late Fees | $56.33 | - | $3,377.91 |
| 7/1/2023 | HOA Maintenance Fee | $168.00 | - | $3,545.91 |
| 7/5/2023 | Late Fees | $64.73 | - | $3,610.64 |
| 8/5/2023 | Late Fees | $64.73 | - | $3,675.37 |
| 9/5/2023 | Late Fees | $64.73 | - | $3,740.10 |
| 10/5/2023 | Late Fees | $64.73 | - | $3,804.83 |
| 11/5/2023 | Late Fees | $64.73 | - | $3,869.56 |
| 12/5/2023 | Late Fees | $64.73 | - | $3,934.29 |
| 1/1/2024 | HOA Maintenance Fee | $168.00 | - | $4,102.29 |
| 1/5/2024 | Late Fees | $73.13 | - | $4,175.42 |
| 2/5/2024 | Late Fees | $73.13 | - | $4,248.55 |
| 3/5/2024 | Late Fees | $73.13 | - | $4,321.68 |
| 4/5/2024 | Late Fees | $73.13 | - | $4,394.81 |
| 5/5/2024 | Late Fees | $73.13 | - | $4,467.94 |
| 6/5/2024 | Late Fees | $73.13 | - | $4,541.07 |
| 7/1/2024 | HOA Maintenance Fee | $168.00 | - | $4,709.07 |
| 7/5/2024 | Late Fees | $81.53 | - | $4,790.60 |

EXHIBIT
3
rj

# Ashley Ridge Homeowners Association

## Homeowner Transaction History 1/1/2019 - 11/8/2024

| Date | Description | Amount | | Balance |
|---|---|---|---|---|
| 8/5/2024 | Late Fees | $81.53 | - | $4,872.13 |
| 9/5/2024 | Legal Fees through 8/31/24 | $78.00 | - | $4,950.13 |
| 9/5/2024 | Late Fees | $81.53 | - | $5,031.66 |
| 10/5/2024 | Late Fees | $81.53 | - | $5,113.19 |
| 11/4/2024 | Legal Fees through 10/31/24 | $507.00 | - | $5,620.19 |
| 11/5/2024 | Late Fees | $81.53 | - | $5,701.72 |

| COMMONWEALTH OF PENNSYLVANIA | | NOTICE OF JUDGMENT/TRANSCRIPT |
|---|---|---|
| COUNTY OF BEAVER |  | CIVIL CASE |

| Mag. Dist. No: | MDJ-36-2-02 |
|---|---|
| MDJ Name: | Honorable John W. Armour |
| Address: | 175 Friendship Circle<br>Beaver, PA 15009 |
| Telephone: | 724-775-3380 |

Ashley Ridge Homeowners Association
v.
Kevin Tolejko, Janessa Tolejko

Ashley Ridge Homeowners Association
Ashley Ridge Homeowners Associates
c/o Acri Communityn Realty
290 Perry Highway
Pittsburgh, PA  15229

Docket No:   MJ-36202-CV-0000078-2021
Case Filed:  6/22/2021


EXHIBIT
C

### Disposition Summary (cc- Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-36202-CV-0000078-2021 | Ashley Ridge Homeowners Association | Janessa Tolejko | Judgment for Plaintiff | 07/26/2021 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Ashley Ridge Homeowners Association | $0.00 | $0.00 | $0.00 |
| Janessa Tolejko | $0.00 | $1,566.25 | $1,566.25 |
| Kevin Tolejko | $0.00 | $0.00 | $0.00 |

### Judgment Finding ('Post Judgment)

In the matter of Ashley Ridge Homeowners Association vs. Janessa Tolejko on MJ-36202-CV-0000078-2021, on 7/26/2021 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0,00 | $1,436.50 | | $1,436.50 |
| Costs | 0.00 | $129.75 | | $129.75 |
| | | | Grand Total: | $1,566.25 |

Comments:

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.



| 7-26-21 | John W. Armour |
|---|---|
| Date | Magisterial District Judge John W. Armour |

I certify that this Is a true and correct copy of the record of the proceedings containing the judgment.

| | |
|---|---|
| Date | Magisterial District Judge |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/10/2024

IN RE:

KEVIN DAVID TOLEJKO
107 JODI ROAD
BEAVER, PA 15009
XXX-XX-3137          Debtor(s)

Case No. 19-24789 CMB

Chapter 13

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.



EXHIBIT
4—V

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>Zs/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/10/2024

/s/Trustee'sAdminlstrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412)471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5649 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST-9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:4   INT%:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(\*)**<br>DEPT 55953<br>PO BOX 55000<br><br>DETROIT, MI  48255-0953 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  STRICKEN/CONF\*489.34@0%/PL\*2B506/PL\*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9263 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:23-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL\*CL23-2 GOV W/NMPC\*DK4PMT-LMT\*BGN 1/20\*AMD\*LMP DENIED\*FR PE | CRED DESC:  MORTGAGE REGULAR PAYMEt<br>ACCOUNT NO.:  8249 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT%:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  16,970.81<br>COMMENT:  X2110/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1052 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  5,191.31<br>COMMENT:  X4771/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:9   INT%:  0.00%<br>Court Claim Number:21-2<br><br>CLAIM:  7,646.48<br>COMMENT:  X0185/SCH\*BARCLAYS\*UPROMISE\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1390 |
| **BEST BUY CREDIT SERVICES**<br>PO BOX 790441<br><br>SAINT LOUIS, MO  63179 | Trustee Claim Number:10  INT%:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1677 |

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  675.72<br>COMMENT: X7805/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4921 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,009.71<br>COMMENT: 7805/SCH'CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4672 |
| **CARE CREDIT++**<br>950 FORRER BLVD<br>KETTERING, OH  45420 | Trustee Claim Number:13 INT%: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:14 INT%: 0.00%<br>Court Claim Number:22<br>CLAIM: 0.00<br>COMMENT: X0119/SCH*CITI/B-BUY*JUDGMENT/CL'CL22:$10,648.75~W/D@OC 81 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6758 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:15 INT%: 0.00%<br>Court Claim Number:2<br>CLAIM: 13,270.31<br>COMMENT: CITIBANK'THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0332 |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:16 INT%: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:17 INT%: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,481.40<br>COMMENT: 9162-LEVIN FURNITURE/SYNCHRONY BANKMUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4613 |
| **NETWORKS ONLINE LLC**<br>POB 367<br>GIRARD, OH  44420-0367 | Trustee Claim Number:18 INT%: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1917 |
| **PNC BANK++**<br>POB 3180<br>PITTSBURGH, PA  15230 | Trustee Claim Number:19 INT%: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1196 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 3,633.00<br>COMMENT: 7451-SLEEP NUMBER/SYNCHRONY BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3003 |

CLAIM RECORDS

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT%: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 5,384.58<br>COMMENT: HH GREGG*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6580 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>FOB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 23  INT%: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 1,734.11<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2461 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 1,175.45<br>COMMENT: NT/SCH*CHECKING OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5971 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 23-2<br><br>CLAIM: 35,650.14<br>COMMENT: CL23-2GOV'24,000/PL*THRU 12/19*AMD*LMP DENIED*FR PENNYMAC-D96 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8249 |
| **QUANTUMS GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 70.60<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7441 |
| **QUANTUMS GROUP LLC AGNT-CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6214 |
| **QUANTUMS GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 334.00<br>COMMENT: NT/SCH'HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3931 |
| **QUANTUMS GROUP LLC AGNT-CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 29  INT%: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 129.44<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8457 |
| **QUANTUMS GROUP LLC AGNT-CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 30  INT%: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 262.94<br>COMMENT: NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8749 |

| CLAIM RECORDS | | |
|---|---|---|
| **QUANTUMS GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  95.00<br>COMMENT:  NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6043 |
| **QUANTUMS GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  262.75<br>COMMENT:  NT/SCH*HERITAGE VALLEY BEAVER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5495 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  4,218.88<br>COMMENT:  NT/SCH*SYNCHRONY BANK/AMAZON*JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5649 |
| VERIZON BY AMERICAN INFOSOURCE AS AGEN<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  940.42<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  1,754.18<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0905 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  0.00<br>COMMENT:  LMP DENIED*FR PENNYMAC-DOC 96 | CRED DESC:  MORTGAGE REGULAR PAYMEt<br>ACCOUNT NO.:  0468 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI  02919 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  432.70<br>COMMENT:  CL24GOV*NT PROV-SAME DEBT AS CID 5'LATE'DK! | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9979 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br><br>TREVOSE, PA  19053 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

Kevin & Jenessa Tolejko
107 Jodi Drive
Beaver, PA 15009
August 28, 2024

Brandt, Milnes & Rea, P.C.
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Dear Brandt, Milnes & Rea, P.C.:

We are writing to notify you that we dispute this debt. The last invoice that we received from Acri Commercial Realty on behalf of the Ashley Ridge HOA was dated January 1, 2022. Since that time, we have not received any new invoices. We require proof that invoices were sent for the disputed amount. In addition, we have been under Chapter 13 bankruptcy protection since December 2019.

Sincerely,

*[signature]*

Kevin & Jenessa Tolejko

**EXHIBIT**
E