| | |
|---|---|
| Debtor 1 | Kevin David Tolejko |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
                                                  (State)

Case number 19-24789-CMB

# Form 4100R
# Response to Notice of Final Cure      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-2

**Court claim no.** (if known): 23-2

**Last 4 digits** of any number you use to identify the debtor's account: 8249

**Property address:** 107 Jodi Dr ,
                    Number       Street

                    Beaver, PA 15009
                    City                 State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____
*Fees will be paid once cleared prior Trustee funds are received from prior servicer. Please note, Secured Creditor is not in receipt of check #1249652 in the amount of $2,092.46. Once received the funds will be applied to the account.

## Part 3: Postpetition Mortgage

*Check one:*

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:     2/1/2025
                                                                MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                    (a) $_____

      b. Total fees, charges, expenses, escrow and costs outstanding:           **+** (b) $_____

      c. Total. Add lines a and b.                                                                    (c) $_____

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                            MM/ DD/ YYYY

*Fees will be paid once cleared prior Trustee funds are received from prior servicer. Please note, Secured Creditor is not in receipt of check #1249652 in the amount of $1,175.18. Once received the funds will be applied to the account.

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x  /s/ Christopher Salamone                     Date 02/25/2025
   Signature

Print   Christopher Salamone                    Title Authorized Agent
        First Name   Middle Name   Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  13010 Morris Rd, Suite 450
         Number          Street
         Alpharetta, GA 30004
         City         State         ZIP Code

Contact  470-321-7112                           Email  csalamone@raslg.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF PITTSBURGH

IN RE: Kevin David Tolejko,

Debtor.

_____/

CASE NO.: 19-24789-CMB

Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___February 25, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kevin David Tolejko
107 Jodi Road
Beaver, PA 15009

And via electronic mail to:

Joseph Peter Nigro
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
1330 Old Freeport Road
Pittsburgh, PA 15238

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Dena Eaves

Email: deaves@raslg.com