## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    KEVIN DAVID TOLEJKO

           Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
         Movant
        vs.
No Respondents.

Case No.:19-24789

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/13/2019  and confirmed on 9/23/20 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 186,437.42 |
| Less Refunds to Debtor | 7,272.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 179,164.84 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 9,297.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,297.45 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 8249 | 0.00 | 124,405.18 | 0.00 | 124,405.18 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 0468 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 8249 | 35,650.14 | 35,650.14 | 0.00 | 35,650.14 |
| FORD MOTOR CREDIT CO LLC(*)<br>Acct: 9263 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK NA<br>Acct: 9979 | 432.70 | 432.70 | 0.00 | 432.70 |
| | | | | 160,488.02 |
| **Priority** | | | | |
| JOSEPH P NIGRO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN DAVID TOLEJKO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN DAVID TOLEJKO<br>Acct: | 7,272.58 | 7,272.58 | 0.00 | 0.00 |
| NIGRO & ASSOCIATES LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ***N O N E*** | | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**<br>Acct: 1052 | 16,970.81 | 2,321.19 | 0.00 | 2,321.19 |
| BANK OF AMERICA NA**<br>Acct: 0005 | 5,191.31 | 710.05 | 0.00 | 710.05 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 1390 | 7,646.48 | 1,045.85 | 0.00 | 1,045.85 |
| BEST BUY CREDIT SERVICES<br>Acct: 1677 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC,<br>Acct: 4921 | 675.72 | 92.42 | 0.00 | 92.42 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: | 2,009.71 | 274.88 | 0.00 | 274.88 |

19-24789

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4672 | | | | |
| CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6758 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 13,270.31 | 1,815.05 | 0.00 | 1,815.05 |
| Acct: 0332 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 2,481.40 | 339.40 | 0.00 | 339.40 |
| Acct: 4613 | | | | |
| NETWORKS ONLINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1917 | | | | |
| PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1196 | | | | |
| MIDLAND FUNDING LLC | 3,633.00 | 496.90 | 0.00 | 496.90 |
| Acct: 3003 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,384.58 | 736.47 | 0.00 | 736.47 |
| Acct: 6580 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,734.11 | 237.18 | 0.00 | 237.18 |
| Acct: 2461 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,175.45 | 160.77 | 0.00 | 160.77 |
| Acct: 5971 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 70.60 | 9.66 | 0.00 | 9.66 |
| Acct: 7441 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 334.00 | 45.68 | 0.00 | 45.68 |
| Acct: 6214 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 334.00 | 45.68 | 0.00 | 45.68 |
| Acct: 3931 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 129.44 | 17.70 | 0.00 | 17.70 |
| Acct: 8457 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 262.94 | 35.96 | 0.00 | 35.96 |
| Acct: 8749 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 95.00 | 12.99 | 0.00 | 12.99 |
| Acct: 6043 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 262.75 | 35.94 | 0.00 | 35.94 |
| Acct: 5495 | | | | |
| MIDLAND FUNDING LLC | 4,218.88 | 577.04 | 0.00 | 577.04 |
| Acct: 5649 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 940.42 | 128.63 | 0.00 | 128.63 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,754.18 | 239.93 | 0.00 | 239.93 |
| Acct: 0905 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5649 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRANDT MILNES & REA PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

19-24789                                                                        Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 9,379.37 |

TOTAL PAID TO CREDITORS                                                          169,867.39

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                36,082.84
UNSECURED              68,575.09


Date: 03/26/2025                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KEVIN DAVID TOLEJKO

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-24789

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-24789-CMB

Kevin David Tolejko                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin David Tolejko, 107 Jodi Road, Beaver, PA 15009-9521 |
| cr | + | Ashley Ridge HOA, 111 Ashley Ridge Court, Beaver, PA 15009-9529 |
| 16484728 | + | Ashley Ridge Homeowners Association, c/o Acri Commercial Realty, 290 Perry Highway, Pittsburgh, PA 15229-1864 |
| 15171213 | + | Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2025 00:12:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:17:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15171210 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2025 00:12:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15183982 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2025 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171212 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2025 00:13:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 15232736 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston RI 02919 |
| 15171214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:16:27 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:15:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:15:52 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15171216 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:27:37 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 15171218 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:16:12 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15199489 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16503055 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2025 00:12:00 | Federal Home Loan Mortgage Corporation, NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 15171219 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Mar 28 2025 00:14:00 | Ford Motor Credit, PO Box 650575, Dallas, TX 75265-0575 |
| 15171220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 28 2025 00:17:20 | Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15199584 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 28 2025 00:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15171221 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 28 2025 00:28:21 | Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 15544534 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Mar 28 2025 00:12:00 | NewRez LLC dba Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15203531 | + | Email/PDF: ebnotices@pnmac.com | |
| | | Mar 28 2025 00:17:13 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15171223 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Mar 28 2025 00:12:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15181806 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 28 2025 00:16:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15203308 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 28 2025 00:16:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15171222 | + | Email/PDF: ebnotices@pnmac.com | |
| | | Mar 28 2025 00:16:04 | Pennymac Loan Services, LLC, P.O. Box 2410, Moor Park, CA 93020-2410 |
| 15185694 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15194272 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 28 2025 00:27:40 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 15171224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 28 2025 00:28:23 | Sleep Number, Po Box 965036, Orlando, FL 32896-5036 |
| 15171460 | ^ | MEBN | |
| | | Mar 28 2025 00:09:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193416 | + | Email/Text: bankruptcy@huntington.com | |
| | | Mar 28 2025 00:13:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15197021 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Mar 28 2025 00:16:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15171211 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15171217 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Fred C Jug, Jr | on behalf of Creditor Ashley Ridge HOA fjug@bmr-law.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Joseph Peter Nigro | on behalf of Debtor Kevin David Tolejko nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |

TOTAL: 10