**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin David Tolejko** | | Social Security number or ITIN   xxx–xx–3137 |
| | First Name   Middle Name   Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–24789–CMB

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin David Tolejko

5/14/25

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24789-CMB

Kevin David Tolejko                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                                 Page 1 of 3
Date Rcvd: May 14, 2025                   Form ID: 3180W                         Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin David Tolejko, 107 Jodi Road, Beaver, PA 15009-9521 |
| cr | + | Ashley Ridge HOA, 111 Ashley Ridge Court, Beaver, PA 15009-9529 |
| 16484728 | + | Ashley Ridge Homeowners Association, c/o Acri Commercial Realty, 290 Perry Highway, Pittsburgh, PA 15229-1864 |
| 15171213 | + | Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | May 15 2025 00:07:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | EDI: PRA.COM | May 15 2025 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15171210 | + | EDI: BANKAMER | May 15 2025 03:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15183982 | + | EDI: BANKAMER2 | May 15 2025 04:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171212 | + | EDI: TSYS2 | May 15 2025 04:05:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 15232736 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston RI 02919 |
| 15171214 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183332 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171215 | + | EDI: SYNC | May 15 2025 04:05:00 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15171216 | | EDI: CITICORP | May 15 2025 04:05:00 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 15171218 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:18:53 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |

| 15199489 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16503055 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 15 2025 00:07:00 | Federal Home Loan Mortgage Corporation, NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15171219 | + Email/Text: EBNBKNOT@ford.com | | |
| | | May 15 2025 00:08:00 | Ford Motor Credit, PO Box 650575, Dallas, TX 75265-0575 |
| 15171220 | + EDI: SYNC | | |
| | | May 15 2025 04:05:00 | Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15199584 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 15 2025 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15171221 | + EDI: SYNC | | |
| | | May 15 2025 04:05:00 | Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 15544534 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 15 2025 00:07:00 | NewRez LLC dba Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15203531 | + Email/PDF: ebnotices@pnmac.com | | |
| | | May 15 2025 00:18:17 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15171223 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 15 2025 00:07:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15181806 | EDI: PRA.COM | | |
| | | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15203308 | EDI: PRA.COM | | |
| | | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15171222 | + Email/PDF: ebnotices@pnmac.com | | |
| | | May 15 2025 00:18:53 | Pennymac Loan Services, LLC, P.O. Box 2410, Moor Park, CA 93020-2410 |
| 15185694 | + Email/Text: ebnpeoples@grblaw.com | | |
| | | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15194272 | EDI: Q3G.COM | | |
| | | May 15 2025 04:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171225 | + EDI: SYNC | | |
| | | May 15 2025 04:05:00 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 15171224 | + EDI: SYNC | | |
| | | May 15 2025 04:05:00 | Sleep Number, Po Box 965036, Orlando, FL 32896-5036 |
| 15171460 | ^ MEBN | | |
| | | May 15 2025 00:07:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193416 | + Email/Text: bankruptcy@huntington.com | | |
| | | May 15 2025 00:08:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15197021 | EDI: AIS.COM | | |
| | | May 15 2025 04:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 36

| 15171211 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15171217 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Fred C Jug, Jr | on behalf of Creditor Ashley Ridge HOA fjug@bmr-law.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Joseph Peter Nigro | on behalf of Debtor Kevin David Tolejko nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |

TOTAL: 10